**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| Alana Winter, ) | |
| ) | Case No.: **4:15-cv-00330-HEA** |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| Portfolio Recovery Associates, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## PLAINTIFF'S NOTICE OF PARTICIPATION IN TELEPHONIC SCHEDULING CONFERENCE

Plaintiff Alana Winter gives notice that undersigned counsel, Thomas R. Applewhite, will participate in the telephonic Scheduling Conference herein on March 31, 2015 at 10:45 a.m. The Court may call (314) 541-6437 to reach Mr. Applewhite for the conference.

DATED this 24th day of March, 2015.

Respectfully submitted,

By: /s/ Thomas R. Applewhite
Thomas R. Applewhite, #64437MO
Steven A. Donner, #63789MO
AEKTRA LEGAL, LLC
1108 Olive Street, Suite 200
St. Louis, MO 63101
Telephone:  (314) 240-5351
Email:  tom.applewhite@da-lawfirm.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of March, 2015, I electronically filed the foregoing with the Clerk of Court using CM/ECF system, which will send notification of such filing to all applicable parties.

/s/ Steven A. Donner